ANTHONY GRANDISON *v.* STATE OF MARYLAND

[No. 145, September Term, 1976.]

*Decided May 4, 1977.*

The cause was argued before MURPHY, C. J., and SINGLEY, SMITH, DIGGES, LEVINE, ELDRIDGE and ORTH, JJ.

*George E. Burns, Jr., Assistant Public Defender,* with whom was *Alan H. Murrell, Public Defender,* on the brief, for appellant.

*Stephen B. Caplis, Assistant Attorney General,* with whom were *Francis B. Burch, Attorney General,* and *Clarence W. Sharp, Assistant Attorney General,* on the brief, for appellee.

ORDER

The petition for writ of certiorari having been granted and heard, it is this ___4th___ day of May, 1977

---

4. Maryland Rule 831 c. 4 contemplates that an appellant's brief shall rely on facts established by the record.

260

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.

/s/   Robert C. Murphy

Chief Judge